# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACEY S. ARTZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-3766 |
| | : | |
| CONTINENTAL CASUALTY CO., | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 21st day of June, 2010, upon consideration of the defendant's motion to dismiss (Document #12), and the plaintiff's response thereto (Document #16), it is hereby ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.